### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dorcia Stringfield<br>Hassan Stringfield<br>　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>　　　　　Movant<br>　　vs.<br>Dorcia Stringfield<br>Hassan Stringfield<br>　　　　　Debtor(s)<br>Scott F. Waterman<br>　　　　　Trustee | NO. 17-17799 AMC<br><br>11 U.S.C. Sections 362 |

### ORDER

AND NOW, this ____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 21, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 6, 2022**

_____
United States Bankruptcy Judge.

cc: See attached service list