Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-17799-AMC

HASSAN STRINGFIELD  
DORCIA STRINGFIELD  
213 PRISCILLA LANE  
CLIFTON HEIGHTS  PA    19018

Petition Filed Date: 11/16/2017  
341 Hearing Date: 02/09/2018  
Confirmation Date: 08/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,000.00 | | 06/08/2021 | $365.00 | | 07/26/2021 | $365.00 | |
| 09/07/2021 | $365.00 | | 10/22/2021 | $365.00 | | 11/22/2021 | $365.00 | |
| 01/06/2022 | $365.00 | | 02/22/2022 | $500.00 | | 03/03/2022 | $1,000.00 | |
| 03/28/2022 | $50.00 | | 05/18/2022 | $365.00 | | 07/12/2022 | $365.00 | |

**Total Receipts for the Period: $5,470.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $16,823.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 10 | AMERICAN INFOSOURCE LP as agent for<br>»» 010 | Unsecured Creditors | $1,403.53 | $0.00 | $1,403.53 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $1,270.64 | $0.00 | $1,270.64 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 007 | Unsecured Creditors | $186.96 | $0.00 | $186.96 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $107.67 | $0.00 | $107.67 |
| 14 | FEDERAL NATL MG ASSN/FANNIE MAE<br>»» 014 | Mortgage Arrears | $32.77 | $32.77 | $0.00 |
| 4 | GLHEC & AFFILIATES<br>»» 004 | Unsecured Creditors | $5,125.75 | $0.00 | $5,125.75 |
| 5 | GLHEC & AFFILIATES<br>»» 005 | Unsecured Creditors | $7,173.78 | $0.00 | $7,173.78 |
| 13 | COMMUNITY LOAN SERVICING LLC<br>»» 013 | Mortgage Arrears | $1,574.64 | $1,385.69 | $188.95 |
| 13 | COMMUNITY LOAN SERVICING LLC<br>»» 13P | Mortgage Arrears | $12,381.26 | $10,895.55 | $1,485.71 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $3,067.76 | $0.00 | $3,067.76 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $127.16 | $0.00 | $127.16 |
| 9 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 009 | Unsecured Creditors | $12,575.49 | $0.00 | $12,575.49 |
| 1 | PHILADELPHIA GAS WORKS<br>»» 001 | Unsecured Creditors | $310.44 | $0.00 | $310.44 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $1,123.94 | $0.00 | $1,123.94 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $449.69 | $0.00 | $449.69 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | BAINBRIDGE LAW CENTER<br>»» 015 | Attorney Fees | $2,010.00 | $2,010.00 | $0.00 |
| 16 | BAINBRIDGE LAW CENTER<br>»» 016 | Attorney Fees | $1,100.00 | $1,100.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,823.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $15,424.01 | Arrearages: | $727.00 |
| Paid to Trustee: | $1,398.99 | Total Plan Base: | $19,010.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.