United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-17799-amc
Hassan Stringfield  Chapter 13
Dorcia Stringfield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Sep 15, 2022    Form ID: trc    Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14643610 | | LakeView Loan Servicing, LLC, Community Loan Servicing, LLC 4425 Ponce |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor LakeView Loan Servicing LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANN E. SWARTZ | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor LakeView Loan Servicing LLC, ecfmail@mwc-law.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LakeView Loan Servicing LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LakeView Loan Servicing LLC, logsecf@logs.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LakeView Loan Servicing LLC, ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 15, 2022 | Form ID: trc | Total Noticed: 0 |

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com

JOSEPH R. LOVERDI
    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org divellod@pffcu.org

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing LLC, ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL GUMBEL
    on behalf of Joint Debtor Dorcia Stringfield mgumbel@bainbridgelawcenter.com

MICHAEL GUMBEL
    on behalf of Debtor Hassan Stringfield mgumbel@bainbridgelawcenter.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor LakeView Loan Servicing LLC, raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor LakeView Loan Servicing LLC, bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17799-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Hassan Stringfield
213 Priscilla Lane
Clifton Heights PA 19018

Dorcia Stringfield
213 Priscilla Lane
Clifton Heights PA 19018

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/15/2022.

Name and Address of Alleged Transferor(s):

Claim No. 13: LakeView Loan Servicing, LLC, Community Loan Servicing, LLC 4425 Ponce

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
2121 Waukegan Road, Suite 300
Bannockburn, Pennsylvania  60015

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/17/22

Tim McGrath
**CLERK OF THE COURT**