Certificate Number: 05781-PAE-DE-037073819

Bankruptcy Case Number: 17-17799



05781-PAE-DE-037073819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 30, 2022</u>, at <u>2:44</u> o'clock <u>PM PST</u>, <u>Dorcia Stringfield</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>December 30, 2022</u>           By:    <u>/s/Allison M Geving</u>

Name:    <u>Allison M Geving</u>

Title:    <u>President</u>