Certificate Number: 05781-PAE-DE-037073820

Bankruptcy Case Number: 17-17799



05781-PAE-DE-037073820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2022, at 2:44 o'clock PM PST, Hassan Stringfield completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 30, 2022                  By:   /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President