United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Hassan Stringfield  
Dorcia Stringfield  
    Debtors

Case No. 17-17799-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jan 24, 2023      Form ID: 138OBJ      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hassan Stringfield, Dorcia Stringfield, 213 Priscilla Lane, Clifton Heights, PA 19018-3014 |
| 14022654 | + | Heather S. Riloff, Esquire, Martha E. Von Rosenstiel, P.C., Our File # 43330, 649 South Avenue, Secane, PA 19018-3541 |
| 14741268 | + | LakeView Loan Servicing, LLC, C/O LORRAINE GAZZARA DOYLE, Logs Legal Group, LLP, 3600 Horizon Blvd, Ste. 150, King of Prussia, PA 19406-4702 |
| 14692358 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721611 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14031393 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14015617 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Ste 200, Beaverton, OR 97005 |
| 14105822 | + | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C, 649 South Avenue, Secane, PA 19018-3541 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14198080 | + | Email/Text: mgumbel@bainbridgelawcenter.com | Jan 24 2023 23:54:00 | Bainbridge Law Center, 850 S. 2nd Street, Philadelphia, PA 19147-3430 |
| 14015609 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 24 2023 23:54:00 | Bank of America, PO Box 17054, Wilmington, DE 19850-7054 |
| 14015610 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 23:58:11 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14015611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2023 23:58:04 | Citicards CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14015612 | + | Email/PDF: pa_dc_ed@navient.com | Jan 24 2023 23:58:03 | Department of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14015613 | + | Email/PDF: pa_dc_ed@navient.com | Jan 24 2023 23:58:07 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14100166 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2023 23:58:03 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14015615 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 23:58:04 | LVNV Funding LLC, PO Box 740281, Houston, TX 77274-0281 |

Case 17-17799-amc   Doc 112   Filed 01/26/23   Entered 01/27/23 00:31:30   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14102819 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 23:58:04 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102127 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 23:58:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14103691 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 24 2023 23:54:00 | LakeView Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14741033 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 23:54:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 14015614 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 24 2023 23:54:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14015616 | + | Email/PDF: pa_dc_claims@navient.com | Jan 24 2023 23:58:11 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14070820 | | Email/PDF: pa_dc_ed@navient.com | Jan 24 2023 23:58:11 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14051856 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 24 2023 23:54:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14039224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2023 23:58:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14015618 | + | Email/Text: bankruptcy@sw-credit.com | Jan 24 2023 23:54:00 | SW Credit Systems, 4120 International Pkwy, Ste 1100, Carrollton, TX 75007-1958 |
| 14015619 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2023 23:58:04 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14069482 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2023 23:58:03 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14015620 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2023 23:54:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 14015621 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2023 23:54:00 | Verizon Pen, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 14015622 | ^ | MEBN | Jan 24 2023 23:50:21 | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14643610 | | LakeView Loan Servicing, LLC, Community Loan Servicing, LLC 4425 Ponce |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 17-17799-amc    Doc 112    Filed 01/26/23    Entered 01/27/23 00:31:30    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

**Name**    **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW M. LUBIN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANN E. SWARTZ
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC, logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com

JOSEPH R. LOVERDI
    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC ldoyle@logs.com, cistewart@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC, ldoyle@logs.com, cistewart@logs.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL GUMBEL
    on behalf of Joint Debtor Dorcia Stringfield mgumbel@bainbridgelawcenter.com

MICHAEL GUMBEL
    on behalf of Debtor Hassan Stringfield mgumbel@bainbridgelawcenter.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor LakeView Loan Servicing  LLC, raykemp1006@gmail.com, raykemp1006@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jan 24, 2023 Form ID: 138OBJ Total Noticed: 33
TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Hassan Stringfield and Dorcia Stringfield

        Debtor(s)                               Case No: 17−17799−amc

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/23

111 − 110
Form 138OBJ