United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17799-amc

Hassan Stringfield  Chapter 13

Dorcia Stringfield

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jan 24, 2023     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hassan Stringfield, Dorcia Stringfield, 213 Priscilla Lane, Clifton Heights, PA 19018-3014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDRA T. GARCIA
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANDREW M. LUBIN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANN E. SWARTZ
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN

Case 17-17799-amc   Doc 113   Filed 01/26/23   Entered 01/27/23 00:31:30   Desc
Imaged Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 234 | Total Noticed: 1 |

on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC, logsecf@logs.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com

JOSEPH R. LOVERDI
    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC ldoyle@logs.com, cistewart@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC, ldoyle@logs.com, cistewart@logs.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL GUMBEL
    on behalf of Joint Debtor Dorcia Stringfield mgumbel@bainbridgelawcenter.com

MICHAEL GUMBEL
    on behalf of Debtor Hassan Stringfield mgumbel@bainbridgelawcenter.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor LakeView Loan Servicing  LLC, raykemp1006@gmail.com, raykemp1006@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hassan Stringfield and Dorcia Stringfield

       Debtor(s)

Case No:17−17799−amc

Chapter: 13

---

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 1/24/23

110
Form 234