United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 17-17799-amc

Hassan Stringfield                                                                                  Chapter 13

Dorcia Stringfield

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hassan Stringfield, Dorcia Stringfield, 213 Priscilla Lane, Clifton Heights, PA 19018-3014 |
| 14721611 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14070820 | | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14031393 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14105822 | + | Seterus, Inc., as the authorized subservicer for F, Martha E. Von Rosenstiel, P.C, 649 South Avenue, Secane, PA 19018-3541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2023 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 18 2023 05:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2023 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14198080 | + | Email/Text: mgumbel@bainbridgelawcenter.com | Feb 18 2023 00:10:00 | Bainbridge Law Center, 850 S. 2nd Street, Philadelphia, PA 19147-3430 |
| 14100166 | + | EDI: AIS.COM | Feb 18 2023 05:14:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14102819 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2023 00:22:05 | LVNV Funding, LLC its successors and assigns as, assignee of Bluestem Brands, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102127 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2023 00:22:08 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14070820 | | EDI: MAXMSAIDV | Feb 18 2023 05:14:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14051856 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Feb 18 2023 00:10:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14039224 | | EDI: PRA.COM | Feb 18 2023 05:14:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14069482 | + | EDI: AIS.COM | Feb 18 2023 05:14:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2                                       User: admin                                       Page 2 of 3
Date Rcvd: Feb 17, 2023                                    Form ID: 3180W                                    Total Noticed: 14
TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALEXANDRA T. GARCIA | on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ANDREW M. LUBIN | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANN E. SWARTZ | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing  LLC, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LakeView Loan Servicing  LLC, logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com |
| JOSEPH R. LOVERDI | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor LakeView Loan Servicing  LLC ldoyle@logs.com, cistewart@logs.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor LakeView Loan Servicing  LLC, ldoyle@logs.com, cistewart@logs.com |
| MARISA MYERS COHEN | on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Feb 17, 2023                       Form ID: 3180W                              Total Noticed: 14

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL GUMBEL
    on behalf of Joint Debtor Dorcia Stringfield mgumbel@bainbridgelawcenter.com

MICHAEL GUMBEL
    on behalf of Debtor Hassan Stringfield mgumbel@bainbridgelawcenter.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor LakeView Loan Servicing  LLC, raykemp1006@gmail.com, raykemp1006@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 22

<table>
<tr><td colspan="3"><b>Information to identify the case:</b></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Hassan Stringfield** | Social Security number or ITIN   xxx–xx–7588 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | **Dorcia Stringfield** | Social Security number or ITIN   xxx–xx–2373 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   17–17799–amc | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Hassan Stringfield                    Dorcia Stringfield

2/16/23                    **By the court:** <u>Ashely M. Chan</u>
                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**