United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17799-amc

Hassan Stringfield  Chapter 13

Dorcia Stringfield

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 10, 2023 | Form ID: 138FIN | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hassan Stringfield, Dorcia Stringfield, 213 Priscilla Lane, Clifton Heights, PA 19018-3014 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 11 2023 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDRA T. GARCIA

    on behalf of Creditor LakeView Loan Servicing LLC, ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 10, 2023 | Form ID: 138FIN | Total Noticed: 3 |

ANDREW M. LUBIN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com

ANN E. SWARTZ
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LakeView Loan Servicing  LLC, bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CELINE P. DERKRIKORIAN
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor LakeView Loan Servicing  LLC, logsecf@logs.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HEATHER STACEY RILOFF
    on behalf of Creditor Seterus  Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), logsecf@logs.com, Michelle@mvrlaw.com

JOSEPH R. LOVERDI
    on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION LoverdiJ@PFFCU.org  divellod@pffcu.org

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor LakeView Loan Servicing  LLC, ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC, ecfmail@mwc-law.com, mcohen@mwc-law.com

MARISA MYERS COHEN
    on behalf of Creditor LakeView Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

MICHAEL GUMBEL
    on behalf of Joint Debtor Dorcia Stringfield mgumbel@bainbridgelawcenter.com

MICHAEL GUMBEL
    on behalf of Debtor Hassan Stringfield mgumbel@bainbridgelawcenter.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor LakeView Loan Servicing  LLC, raykemp1006@gmail.com, raykemp1006@gmail.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Hassan Stringfield and Dorcia Stringfield

        Debtor(s)

Case No: 17−17799−amc

Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/10/23

118 − 117
Form 138FIN